# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

**Stephen R. Ludwig, Clerk**                                          **www.innd.uscourts.gov**

March 18, 2009

## RECORD TRANSMITTAL LETTER

Re: USA v. Corley, et al

District Court Docket #3:02-cr-116

To: South Bend Division

        I am sending you herewith all the remaining documents from this record that we have located in the Hammond Clerks's office.  It consists of the following:
( 2 ) boxes of loose Juror Questionnaires
( 1) box with (7) Binders  of Serving  Juror Questionnaires
( 1 ) box with (5) binders of Judge's Juror Books
( 1 ) box with (2) binders of Judge's Juror Books and (3) defendant's Books (A-K)
( 1) box with  (6)  plaintiff 's book (A-T)
( 1 ) box with  (4) defendant's Books (L-Z) , (1) plaintiff 's book (U-Z), ( 1 ) brown folder with Juror Questionnaires and Sealed documents: # 31, 32, 33, 34, 106, 110,167, 265, 746, 747, 771, 772, 773, 774, 815, 818, 822, 823
 (1 ) box of Juror Court's Instructions

        Please acknowledge receipt of the above-listed materials on the attached copy of this letter.

                                                Sincerely,

                                                STEPHEN R. LUDWIG, CLERK


                                                By: <u>Marijana Ciric</u>
                                                        Deputy Clerk

Date Received:_____    By:_____


**Reply to Hammond Office**

**1108 E. Ross Adair Federal Bldg. • 1300 S. Harrison Street • Fort Wayne, Indiana 46802 • (260) 423-3000 • Fax (260) 423-3007**
**5400 Federal Plaza • Suite 2300 • Hammond, Indiana 46320 • (219) 852-6500 • Fax (219) 852-6509**
**102 Robert A. Grant Federal Bldg. • 204 South Main Street • South Bend, Indiana 46601 • (574) 246-8000 • Fax (574) 246-8002**
**214 Charles Halleck Federal Bldg. • 230 North Fourth Street • P.O. Box 1498 • Lafayette, Indiana 47902 • (765) 420-6250 • Fax (765) 420-6273**