**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

_____

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:02-CR-116 |
|  | : |  |
| Respondent | : | **CAPITAL 2255 PROCEEDINGS** |
|  | : |  |
| -v- | : | HON. RUDY LOZANO, USDJ |
|  | : |  |
| ODELL CORLEY, a/k/a | : |  |
| Nasih Raid | : |  |
| Petitioner. | : |  |
| | : |  |

_____

## MOTION FOR ISSUANCE OF AN ORDER RELEASING
## MR. CORLEY'S JAIL RECORDS

Movant, ODELL CORLEY, through counsel, respectfully requests this

Court order the LaPorte County Sheriff's Department to provide Mr. Corley with a

copy of any and all files in the possession of the Department regarding Mr. Corley

and his incarceration in the LaPorte County Jail. In support of this request, Mr.

Corley states the following:

1. During the course of undersigned counsel's ongoing investigation in this

case, counsel requested records from LaPorte County Sheriff's Office that may

have been generated or kept in relation to Mr. Corley's incarceration in LaPorte

County Jail.  Counsel was informed by the Records Department at the Sheriff's

1

Office that the office did in fact possess records regarding Mr. Corley and his incarceration at the jail, but that the office would not release the records without a subpoena or court order.

2.  Therefore, Mr. Corley respectfully requests issuance of a Court Order directing the LaPorte County Sheriff's Office to provide Mr. Corley with a copy of any and all records in their possession.

WHEREFORE, Petitioner respectfully requests this Honorable Court Order the LaPorte County Sheriff's Office to provide undersigned counsel with a copy of any and all records pertaining to Mr. Corley.

Respectfully Submitted,

/s/ Jennifer L. Givens
Billy H. Nolas
PA Bar No. 83177
Jennifer Givens
PA Bar No. 95135
Federal Community Defender Office
for the Eastern District of
Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Billy_Nolas@fd.org
Jennifer_Givens@fd.org

Dated: November 6, 2009

## CERTIFICATE OF SERVICE

I, Jennifer L. Givens, hereby certify that on this 6th day of November, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

/s/ Jennifer L. Givens
Billy H. Nolas
PA Bar No. 83177
Jennifer Givens
PA Bar No. 95135
Federal Community Defender Office
for the Eastern District of
Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Billy_Nolas@fd.org
Jennifer_Givens@fd.org