**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

_____

UNITED STATES OF AMERICA,

Respondent

-v-

ODELL CORLEY, a/k/a
Nasih Raid

Petitioner.

_____

:
:
:
:
:
:
:
:
:
:
:
:
:

No. 3:02-CR-116

**CAPITAL 2255 PROCEEDINGS**

HON. RUDY LOZANO, USDJ

<u>**REPLY IN SUPPORT OF MOTION FOR ISSUANCE OF AN ORDER
RELEASING MR. CORLEY'S JAIL RECORDS**</u>

On November 6, 2009, Movant, ODELL CORLEY, through counsel, moved

this Court to order the LaPorte County Sheriff's Department to provide Mr. Corley

with a copy of any and all files in the possession of the Department regarding Mr.

Corley and his incarceration in the LaPorte County Jail.

On November 19, 2009, the Government filed a response indicating that it

had no objection to Corley's motion, "provided that the government is timely

provided with all documents released to the defense."  Response at ¶ 1.  The

Government, however, has failed to cite any authority in support of its request for

these records; the Government has not attempted to obtain these records through a

Motion for Discovery or any other means.  At this point in the proceedings, Corley

1

has no obligation to provide these records to the opposing party.

WHEREFORE, Movant respectfully requests this Honorable Court Order the LaPorte County Sheriff's Office to provide undersigned counsel with a copy of any and all records pertaining to Mr. Corley.  Movant further requests that the Court refrain from directing Mr. Corley or the LaPorte County Sheriff's Department to provide a copy of Mr. Corley's own jail records to the Government.

Respectfully Submitted,


/s/ Jennifer L. Givens
Billy H. Nolas
PA Bar No. 83177
Jennifer Givens
PA Bar No. 95135
Federal Community Defender Office
for the Eastern District of
Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Billy_Nolas@fd.org
Jennifer_Givens@fd.org

Dated: November 20, 2009

## CERTIFICATE OF SERVICE

I, Jennifer L. Givens, hereby certify that on this 20th day of November, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

/s/ Jennifer L. Givens
Billy H. Nolas
PA Bar No. 83177
Jennifer Givens
PA Bar No. 95135
Federal Community Defender Office
for the Eastern District of
Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Billy_Nolas@fd.org
Jennifer_Givens@fd.org