**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

_____

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:02-CR-116 |
| | : | |
| Respondent | : | **CAPITAL 2255 PROCEEDINGS** |
| | : | |
| -v- | : | HON. RUDY LOZANO, USDJ |
| | : | |
| ODELL CORLEY, a/k/a | : | |
| NASIH RA'ID | : | |
| Petitioner. | : | |

_____ :

**RESPONSE TO THE COURT'S ORDER REGARDING
THE GOVERNMENT'S PROVISION OF RAW DATA**

Movant, Nasih Ra'id, through counsel, hereby responds to this Court's

October 6, 2011, Order.  In that order the Court directed Mr. Ra'id to respond to

the Government's request for disclosure of the identifying information and license

number of a mental health expert to whom Dr. Goldstein can provide her raw data.

Accordingly, Mr. Ra'id requests that Dr. Goldstein disclose the requested

information to:

> Dr. Jethro Toomer, Psychologist
> Florida License Number 002650
> Palmetto Bay Centre
> 15715 South Dixie Hwy, Ste. 417
> Miami, FL 33157

1

Phone: 786.973.5458
Fax: 305.252.9086

Respectfully Submitted,

/s/ Billy H. Nolas
Billy H. Nolas
PA Bar No. 83177
Jennifer Givens
PA Bar No. 95135
Federal Community Defender Office
for the Eastern District of
Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Billy_Nolas@fd.org
Jennifer_Givens@fd.org

Dated: October 12, 2011

## CERTIFICATE OF SERVICE

I, Jennifer Givens, hereby certify that on this 12th day of October, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

/s/ Jennifer Givens
Billy H. Nolas
PA Bar No. 83177
Jennifer Givens
PA Bar No. 95135
Federal Community Defender Office
for the Eastern District of
Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Billy_Nolas@fd.org
Jennifer_Givens@fd.org