**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

_____

UNITED STATES OF AMERICA,     :          No. 3:02-CR-116

                        :

        Respondent        :    **CAPITAL 2255 PROCEEDINGS**

                        :

        -v-           :    HON. RUDY LOZANO, USDJ

                        :

ODELL CORLEY, a/k/a       :

NASIH RA'ID              :

        Petitioner.      :

_____   :

MOVANT RA'ID'S UNOPPOSED REQUEST FOR AN EXTENSION OF TIME
IN WHICH TO FILE THE APPENDIX TO HIS § 2255 MOTION

Movant, Nasih Ra'id, through counsel, hereby requests an extension of time

in which to file the Appendix to his Motion to Vacate Conviction and Sentence

under 18 U.S.C. § 2255.  In support of his request, Movant states as follows:

Movant filed his § 2255 Motion on January 19, 2010.  Upon an unopposed

request by Mr. Ra'id, the Court entered a briefing scheduled that required Mr.

Ra'id to file the Appendix to his Motion within 90 days of receipt of the raw data

generated by the Government's mental health experts at trial.  On October 25,

2011, Mr. Ra'id, through one of his current mental health experts, received a copy

of this raw data.  Accordingly, Mr. Ra'id's Appendix is now due by January 23,

1

2012.

For several reasons undersigned counsel seeks a 90-day extension of time. First and most importantly, Movant's mental health expert, Dr. Jethro Toomer, has had extremely limited availability during the past two months, and his availability will remain limited through the first part of next year.  For instance, Dr. Toomer was scheduled to be in Atlanta to testify in a capital case on December 13 and 14; he will be in Deleware to testify in another capital case on December 19 and 20. During the first week in January, he is scheduled to be in Oklahoma to evaluate an inmate in a capital case.  Then Dr. Toomer is tentatively scheduled for penalty phase testimony in a capital case in Miami during the week of January 9, 2012. He is then scheduled to evaluate an inmate on Pennsylvania's death row on January 17 and 18, 2012.  Following these obligations, Dr. Toomer will be interviewing witnesses in New Jersey, Chicago and Baltimore for another Georgia capital case.

Accordingly, Dr. Toomer has not yet been able to devote sufficient time to the review and assessment of the raw data supplied by Dr. Goldstein in order to determine what, if any, additional testing and evaluation should be conducted in the case.  And because of his upcoming schedule, it will be difficult for him to do so in the next six to eight weeks.  Also, once Dr. Toomer assesses the scoring (of

2

the raw data) and determines whether additional testing is necessary, it will require a significant window of time to arrange a for expert travel and testing of Mr. Ra'id at USP-Terre Haute.

Also, the investigation in this case is ongoing.  Undersigned counsel are continuing to confer with expert and lay witnesses regarding the evidence and opinions in the case.  Additionally, Movant is informally pursuing additional information regarding the crime scene video with opposing counsel.  If this informal process does not yield any results, Mr. Ra'id will seek formal discovery with the Court.

Undersigned counsel has contacted opposing counsel, Assistant U.S. Attorney Daniel Bella, who has indicated that the Government does not oppose Mr. Ra'id's requested extension.

WHEREFORE, Movant Ra'id respectfully requests that the Court grant the

requested extension of time and permit Movant to file the Appendix to his § 2255

Motion on or before Monday, April 23, 2012.

Respectfully Submitted,

/s/ Jennifer Givens
Billy H. Nolas
PA Bar No. 83177
Jennifer Givens
PA Bar No. 95135
Federal Community Defender Office
for the Eastern District of
Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Billy_Nolas@fd.org
Jennifer_Givens@fd.org

Dated: December 19, 2011

## CERTIFICATE OF SERVICE

I, Jennifer Givens, hereby certify that on this 19th day of December, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

/s/ Jennifer Givens
Billy H. Nolas
PA Bar No. 83177
Jennifer Givens
PA Bar No. 95135
Federal Community Defender Office
for the Eastern District of
Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Billy_Nolas@fd.org
Jennifer_Givens@fd.org